DEBTOR: Haitham Sadeq and Rola Sabbagh     CASE NUMBER: 14-13504-RGM

# OFFICE OF THE UNITED STATES TRUSTEE
## DISTRICT OF ALEXANDRIA/DISTRICT OF COLUMBIA DIVISIONS
### MONTHLY OPERATING REPORT
### CHAPTER 11
### INDIVIDUAL DEBTORS

**Form 3**
**COVER SHEET AND QUESTIONNAIRE**

For Period Ended: November 2014

**THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH**

Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| X | ☐ | 1 Cash Flow Statement (Page 2) |
| X | ☐ | 2 Cash Reconciliation(s) and Narrative (Page 3) |
| X | ☐ | 3 Cash Receipts Detail (Page 4) |
| X | ☐ | 4 Cash Disbursements Detail (Page 5) |
| X | ☐ | 5 Receipts and Disbursements Recap Case to Date (Page 6) |
| X | ☐ | 6 **Bank Statements for All Bank Accounts** (remember to redact all but last four digits of bank account number) |

**QUESTIONNAIRE**

Please answer the questions below for the month being reported:

| | Yes | No |
|---|---|---|
| 1. Did you deposit all receipts into your DIP account this month? | X | |
| 2. Are all insurance policies current and in effect? | X | |
| 3. Have all taxes been timely filed and paid? | | X |
| 4. Did you pay all your bills on time this month? | X | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | X | |
| 6. Did you borrow money from anyone this month? | | X |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | | X |
| 8. Do you have any bank accounts open other than the DIP account? | | X |

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

Executed on: 12/11/2014

Signature (Debtor): *[signed]*
Print name: Haitham Sadeq

Signature (Co-Debtor, if one): *[signed]*
Print name: Rola Sabbagh

Rev. 2012-06
PAGE 1

Monthly Report_November 2014_Haitham Sadeq and Rola Sabbagh_14-13504-RGM.xls

**DEBTOR:** Haitham Sadeq and Rola Sabbagh   **CASE NUMBER:** 14-13504-RGM

### CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

**Month Reporting: November 2014**

**CASH FLOW SUMMARY (SEE NOTE A)**

| | | |
|---|---|---:|
| 1. | Beginning Cash Balance | $ 2,167.42 (1) |
| 2. | **Cash Receipts** | |
| | Wages | 2,499.61 |
| | Sole Proprietorship Revenues | |
| | Draws from owned entities other than Sole Prop | |
| | Rental Income | 3,900.00 |
| | Other — Gift from Relative | 9,980.00 |
| | Other — Return from Tobi.com | 58.00 |
| | Other | 0.00 |
| | Other | 0.00 |
| | Other | 0.00 |
| | Total Cash Receipts | $ 16,437.61 |
| 3. | **Cash Disbursements** | |
| | Rent or home mortgage payment | $ 11,617.21 |
| | Utilities and Telephone Expenses | 226.00 |
| | Home maintenance (repairs/upkeep) | 146.04 |
| | Food / Groceries | 1,195.22 |
| | Insurance payments | 0.00 |
| | Installment payments (including auto) | 1,240.76 |
| | Transportation (not including car payments) | 61.83 |
| | Legal / Professional Fees / U.S. Trustee Fees | 0.00 |
| | Sole Proprietorship Expenses | |
| | Rental property expenses / repairs | |
| | Other — Education Expenses / Tuitions / Housing | 251.07 |
| | Other — Clothing | 1,681.79 |
| | Other — Healthcare/ Prescriptions / Doctors | 167.16 |
| | Other — Personal Care / Fitness | 339.99 |
| | Other — Bank Charges | 16.00 |
| | Miscellaneous | 0.00 |
| | Total Cash Disbursements | $ 16,943.07 |
| 4. | Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements) | -505.46 |
| 5. | Ending Cash Balance | $ 1,661.96 |

**CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES**

| | |
|---|---:|
| Total Disbursements for the Month (from above) | 16,943.07 |
| Less: Transfers between bank accounts | |
| Add: Any amounts paid on behalf of the debtor by others | |
| Disbursements for U.S. Trustee Fee Calculation | 16,943.07 |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(1) Current month beginning cash balance should equal the previous month's ending balance.*

Rev. 2012-06
PAGE 2

**DEBTOR:** Haitham Sadeq and Rola Sabbagh          Case Number: 14-13504-RGM

**BANK RECONCILIATIONS**

| Month ending: November 2014 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | Wells Fargo | | | |
| Last four digits of account | 7805 | | | |
| Purpose of Acct (Personal or Business) | Personal | | | |
| Type of account (Checking or Savings) | Checking | | | |
| **Balance per Bank Statement** | 2,167.42 | | | |
| **ADD**: Deposits not credited (attach list) | 16,437.61 | | | |
| **SUBTRACT**: Outstanding check (attach list) | 16,943.07 | | | |
| Other reconciling items (attach list) | | | | |
| **Month end Balance (Must agree with books)** | 1,661.96 | 0.00 | 0.00 | 0.00 |
| **TOTAL OF ALL ACCOUNTS** | | | | 1,661.96 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | |
| - Business (if applicable) (attach list) | |
| **TOTAL OWED POST PETITION** | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | |
| - Business (if applicable) (attach list) | |
| **TOTAL AMOUNT OWED TO YOU** | 0.00 |

## NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

| |
|---|
| A gift of $9,980.00 was given by a relative on Nov. 4th |

Rev. 2012-06

(2) *Total of all accounts should equal page 2, line 5 - Ending Cash Balance.*          PAGE 3

DEBTOR: Haitham Sadeq and Rola Sabbagh               CASE NO: 14-13504-RGM

## CASH RECEIPTS DETAIL (SEE NOTE A)

For Period: 11/1/2014 to 11/30/2014

*(attach additional sheets as necessary)*

**Debtor In Possession Account:**

| Date | Payer | Description | Amount |
|---|---|---|---|
| 11/4/2014 | Amal Al Sadek | Gift | 9,980.00 |
| 11/4/2014 | Mohammed Al Samrin | Rental Income/Chambray | 3,900.00 |
| 11/13/2014 | Bechtel Infrastructure Corp. | Salary Spouse | 1,646.17 |
| 11/18/2014 | Tobi.Com | Refund from Tobi.Com (Clothing) | 58.00 |
| 11/21/2014 | Bechtel Infrastructure Corp. | Salary Spouse | 171.10 |
| 11/28/2014 | Bechtel Infrastructure Corp. | Salary Spouse | 682.34 |

Total automatic credits for the month which identify source of deposit _____

Total Cash Receipts  $  16,437.61 (1)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash receipts listed on page 2.

Rev. 2012-06
PAGE 4

**DEBTOR:** Haitham Sadeq and Rola Sabbagh          **CASE NO:** 14-13504-RGM

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)

For Period: 11/1/14 to 11/30/14

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** _____

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 11/3/2014 | EFT | Sport & Health Club | Personal Care | 129.99 |
| 11/3/2014 | EFT | Tao Wellnes Mcc | Healthcare | 25.00 |
| 11/3/2014 | EFT | Starbucks | Food | 30.00 |
| 11/3/2014 | EFT | BJ Wholesale | Food | 153.26 |
| 11/3/2014 | EFT | Salon Citi Mcc | Personal Care | 210.00 |
| 11/4/2014 | EFT | American Eagle Outfitters | Clothing | 172.11 |
| 11/4/2014 | EFT | Grg Usa Llc | Clothing | 171.50 |
| 11/4/2014 | 102 | Magno Ibanel | Housing:Maintenance | 100.00 |
| 11/4/2014 | EFT | Wire Trans Svc | Bank Charges | 16.00 |
| 11/4/2014 | EFT | Lord & Taylor | Clothing | 38.16 |
| 11/5/2014 | EFT | Community Cab | Food | 10.49 |
| 11/5/2014 | EFT | CVS Pharmacy | Healthcare:Prescriptions | 10.00 |
| 11/5/2014 | EFT | Washington Gas | Housing:Utilities | 22.97 |
| 11/6/2014 | EFT | MBFS | Auto Payment | 478.91 |
| 11/6/2014 | EFT | BFSFCU Mortgage | Home Mortgage | 2,581.73 |
| 11/6/2014 | EFT | Bank of America | Auto Payment | 761.85 |
| 11/6/2014 | EFT | Bank-Fund Home Equity Loan | Home Mortgage | 1,306.66 |
| 11/6/2014 | EFT | Cvs | Healthcare:Prescriptions | 45.16 |
| 11/6/2014 | EFT | Lord & Taylor | Clothing | 328.58 |
| 11/6/2014 | EFT | Lucianos Italian Mcc | Food | 2.81 |
| 11/6/2014 | EFT | ATM Withdrawal | Food | 300.00 |
| 11/7/2014 | EFT | Chevy Chase Bank | Home Mortgage | 7,338.58 |
| 11/7/2014 | EFT | BankUnited FSB | Home Mortgage | 390.24 |
| 11/7/2014 | EFT | CVS Pharmacy | Healthcare:Prescriptions | 12.00 |
| 11/7/2014 | EFT | South Moon Under | Clothing | 63.59 |
| 11/7/2014 | EFT | Sweetgreen Mcl Mcc | Food | 9.91 |
| 11/10/2014 | 96 | McLean Field Hockey | Education:Education Interest | 50.00 |

| Date | Type | Payee | Category | Amount |
|---|---|---|---|---|
| 11/10/2014 | EFT | McDonald's | Food | 6.36 |
| 11/10/2014 | EFT | American Eagle Outfitters | Clothing | 240.89 |
| 11/10/2014 | EFT | Shell | Automobile:Gasoline | 61.83 |
| 11/10/2014 | EFT | Tysons Bagel Market | Food | 31.85 |
| 11/10/2014 | EFT | Urban Outfitters | Clothing | 178.08 |
| 11/12/2014 | EFT | Choice Homes | Housing:Maintenance | 46.04 |
| 11/12/2014 | EFT | North Face | Clothing | 210.94 |
| 11/17/2014 | EFT | Paypal | Clothing | 12.50 |
| 11/17/2014 | EFT | Paypal | Clothing | 17.88 |
| 11/18/2014 | EFT | Victoria's Secret | Clothing | 50.86 |
| 11/18/2014 | EFT | Costco | Food | 164.65 |
| 11/19/2014 | EFT | Zara | Clothing | 42.29 |
| 11/19/2014 | EFT | H Mart | Food | 54.82 |
| 11/19/2014 | EFT | Dominion | Utilities:Electricity | 203.03 |
| 11/19/2014 | 101 | Cvs | Healthcare | 51.36 |
| 11/19/2014 | EFT | Zappos.Com | Clothing | 76.32 |
| 11/19/2014 | EFT | Lord & Taylor | Clothing | 62.18 |
| 11/20/2014 | EFT | CVS Pharmacy | Food | 81.18 |
| 11/20/2014 | EFT | Tao Wellnes Mcc | Healthcare | 75.00 |
| 11/21/2014 | EFT | Uva Student Bill | Education:Tuition | 201.07 |
| 11/21/2014 | EFT | ATM Withdrawal | Food | 200.00 |
| 11/24/2014 | EFT | Foot Locker | Clothing | 79.50 |
| 11/24/2014 | EFT | Uppy's | Food | 34.94 |

**Total automatic debits for the month which identify who is paid**

**Total Cash Disbursements**    $    16,943.07 (1)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash disbursements listed on page 2.

Rev. 2012-06
PAGE 5

# INCOME AND DISBURSEMENTS RECAP

**Debtor:** Haitham Sadeq and Rola Sabba  **Case Number:** 14-13504-RGM

**Date Case was filed:** October 31, 2014

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case.

| | Year: | | | Year: | | |
|---|---|---|---|---|---|---|
| | Income | Expenses | Net Inc/ (Loss) | Income | Expenses | Net Inc/ (Loss) |
| Jan | | | - | | | - |
| Feb | | | - | | | - |
| Mar | | | - | | | - |
| Apr | | | - | | | - |
| May | | | - | | | - |
| Jun | | | - | | | - |
| Jul | | | - | | | - |
| Aug | | | - | | | - |
| Sep | 4,353.02 | 3,238.56 | 1,114.46 | | | - |
| Oct | 16,761.05 | 15,708.09 | 1,052.96 | | | - |
| Nov | 16,437.61 | 16,943.07 | (505.46) | | | - |
| Dec | | | - | | | - |
| TOTAL | 37,551.68 | 35,889.72 | 1,661.96 | - | - | - |

Rev. 2012-06

PAGE 6

# Wells Fargo Everyday Checking



Account number: 8●●●●●●7805  ■ November 1, 2014 - November 30, 2014  ■ Page 1 of 5

HAITHAM S SADEQ
ROLA SABBAGH
DEBTOR IN POSSESION
CH 11 CASE #14-13504 (EVA)
7121 MERRIMAC DR
MC LEAN VA 22101-3408

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS**  (1-800-869-3557)
TTY: 1-800-877-4833
En español: 1-877-727-2932
華語 1-800-288-2288  (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Don't forget to notify us of your travel plans to help avoid issues when using your Wells Fargo cards while traveling. It's easy to notify us of your travel plans online at wellsfargo.com/travelplan, through the Wells Fargo mobile app, or by calling the phone number on the back of your card.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

Account number: ●●●●●●●7805

HAITHAM S SADEQ
ROLA SABBAGH
DEBTOR IN POSSESION
CH 11 CASE #14-13504 (EVA)

Virginia account terms and conditions apply

For Direct Deposit use
Routing Number (RTN):  051400549

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $2,167.42 |
| Deposits/Additions | 16,437.61 |
| Withdrawals/Subtractions | - 16,943.07 |
| **Ending balance on 11/30** | **$1,661.96** |

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(377)

Account number: xxxxxxx7805  ■  November 1, 2014 - November 30, 2014  ■  Page 2 of 5


**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/3 | | Check Crd Purchase 10/31 Starbucks #00714 M McLean VA 473703xxxxxx2107 384304806540920 ?McC=5814 | | 30.00 | |
| 11/3 | | Check Crd Purchase 11/01 The Tao of Wellnes Vienna VA 473703xxxxxx2131 464305632724243 ?McC=7230 | | 25.00 | |
| 11/3 | | POS Purchase - 11/01 Mach ID 000000 Bj Wholesale #00 13053 Fairfax VA 2107 00464305730828940 ?McC=5300 | | 153.26 | |
| 11/3 | | Check Crd Purchase 11/01 Salon Citi Fairfax VA 473703xxxxxx2131 004305737200759 ?McC=7230 | | 210.00 | |
| 11/3 | | Check Crd Purchase 11/02 Sport&Health Club0 703-637-0563 VA 473703xxxxxx2107 304306511094431 ?McC=7997 | | 129.99 | 1,619.17 |
| 11/4 | | WT F61104502184000 Canadian Imperia /Org=MRS Amal S AL Sadek Srf# F61104502184000 Trn#141104126356 Rfb# | 9,980.00 | | |
| 11/4 | | Deposit | 3,900.00 | | |
| 11/4 | | Wire Trans Svc Charge - Sequence: 141104126356 Srf# F61104502184000 Trn#141104126356 Rfb# | | 16.00 | |
| 11/4 | | POS Purchase - 11/04 Mach ID 000000 American Eagle McLean VA 2107 00000000942659078 ?McC=5691 | | 172.11 | |
| 11/4 | | POS Purchase - 11/04 Mach ID 000000 Grg USA LLC #342 1961 McLean VA 2107 00000000935652051 ?McC=5621 | | 171.50 | |
| 11/4 | | POS Purchase - 11/04 Mach ID 000000 Lord & Taylor #056 795 McLean VA 2131 00000000359636619 ?McC=5651 | | 38.16 | |
| 11/4 | 102 | Check | | 100.00 | 15,001.40 |
| 11/5 | | Check Crd Purchase 11/04 Community Canteen Reston VA 473703xxxxxx2131 584308615557187 ?McC=5812 | | 10.49 | |
| 11/5 | | POS Purchase - 11/05 Mach ID 000000 Cvs 01397 01397--1452 McLean VA 2107 00304310000040086 ?McC=5912 | | 10.00 | |
| 11/5 | | Bill Pay Washington Gas on-Line xxxxx10038 on 11-05 | | 22.97 | 14,957.94 |
| 11/6 | | Check Crd Purchase 11/04 Lucianos Italian McLean VA 473703xxxxxx2131 584309031803874 ?McC=5812 | | 2.81 | |
| 11/6 | | Check Crd Purchase 11/04 Lord & Taylor McLean VA 473703xxxxxx2131 584309051508567 ?McC=5651 | | 328.58 | |
| 11/6 | | POS Purchase - 11/06 Mach ID 000000 Cvs 01397 01397--1452 McLean VA 2107 00304310778401429 ?McC=5912 | | 45.16 | |
| 11/6 | | ATM Withdrawal - 11/06 Mach ID 0414F 2903 Gallows Road Falls Church VA 2107 0000748 | | 300.00 | |
| 11/6 | | Bill Pay Mercedes-Benz Fi on-Line xxxxx71357 on 11-06 | | 478.91 | |
| 11/6 | | Bill Pay Bank of America on-Line xxxxxxxxx37118 on 11-06 | | 761.85 | |
| 11/6 | | Bill Pay Bank Fund Staff on-Line xxxxxx74200 on 11-06 | | 1,306.66 | |
| 11/6 | | Bill Pay Bank Fund Staff on-Line xxx40850 on 11-06 | | 2,581.73 | 9,152.24 |
| 11/7 | | Check Crd Purchase 11/06 South Moon Under 6 Reston VA 473703xxxxxx2131 304310647056302 ?McC=5691 | | 63.59 | |
| 11/7 | | Check Crd Purchase 11/06 Cvs/Pharmacy #0139 McLean VA 473703xxxxxx2107 004310770735524 ?McC=5912 | | 12.00 | |
| 11/7 | | Check Crd Purchase 11/06 Sweetgreen McL McLean VA 473703xxxxxx2131 384310050499666 ?McC=5814 | | 9.91 | |
| 11/7 | | Bill Pay Bankunited FSB on-Line xx48869 on 11-07 | | 390.24 | |
| 11/7 | | Capital One Mtg Pmts 110514 0535042063 Haitham Sadeq | | 7,338.58 | 1,337.92 |
| 11/10 | | Check Crd Purchase 11/08 Tysons Bagel Marke Vienna VA 473703xxxxxx2131 304312568706918 ?McC=5814 | | 31.85 | |
| 11/10 | | Check Crd Purchase 11/08 McDonald's M4194 O McLean VA 473703xxxxxx2131 384313111649371 ?McC=5814 | | 6.36 | |
| 11/10 | | POS Purchase - 11/09 Mach ID 000000 Urban Outfitter Urban McLean VA 2131 00384313840331827 ?McC=5651 | | 178.08 | |
| 11/10 | | POS Purchase - 11/09 Mach ID 000000 American Eagle McLean VA 2131 00000000949014777 ?McC=5691 | | 240.89 | |
| 11/10 | | POS Purchase - 11/09 Mach ID 000000 Shell Service Station McLean VA 2131 00304314134397649 ?McC=5542 | | 61.83 | |
| 11/10 | 96 | Check | | 50.00 | 768.91 |
| 11/12 | | Check Crd Purchase 11/09 Choice Home Warran 888-5315403 NJ 473703xxxxxx2107 464313310478984 ?McC=6300 | | 46.04 | |

Account number:  ■■■■■■■7805   ■ November 1, 2014 - November 30, 2014   ■ Page 3 of 5



**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/12 | | Check Crd Purchase 11/10 The North Face 17 Mc Lean VA 473703xxxxxx2131 584314001018878 ?McC=5621 | | 210.94 | 511.93 |
| 11/13 | | Bechtel Group IN Corp Pymnt Usp810002454334 Sabbagh, Rola A. | 1,646.17 | | 2,158.10 |
| 11/17 | | Check Crd Purchase 11/16 Paypal *Krvnovelty 402-935-7733 CA 473703xxxxxx2131 584321062613825 ?McC=7333 | | 17.88 | |
| 11/17 | | Check Crd Purchase 11/16 Paypal *Whistlin 402-935-7733 CA 473703xxxxxx2131 584321069427300 ?McC=5331 | | 12.50 | 2,127.72 |
| 11/18 | | Check Crd Pur Rtrn 11/18 Tobi.Com 888-862-4121 CA 473703xxxxxx2131 624322554714728 ?McC=5621 | 58.00 | | |
| 11/18 | | POS Purchase - 11/18 Mach ID 000000 Costco Whse #0204 Fairfax VA 2107 00384322799290098 ?McC=5300 | | 164.65 | |
| 11/18 | | Check Crd Purchase 11/18 Victoria's Secret 800-888-1500 OH 473703xxxxxx2131 584322063404200 ?McC=5964 | | 50.86 | 1,970.21 |
| 11/19 | | POS Purchase - 11/19 Mach ID 000000 Cvs 01397 01397--1452 McLean VA 2107 00464323449411746 ?McC=5912 | | 51.36 | |
| 11/19 | | POS Purchase - 11/19 Mach ID 000000 H Mart Falls Churc Falls Church VA 2107 00584323728248977 ?McC=5411 | | 54.82 | |
| 11/19 | | POS Purchase - 11/19 Mach ID 000000 Lord & Taylor #056 795 McLean VA 2131 00000000145453110 ?McC=5651 | | 62.18 | |
| 11/19 | | POS Purchase - 11/19 Mach ID 000000 Zara USA 3036 McLean VA 2131 00464324032637508 ?McC=5621 | | 42.29 | |
| 11/19 | | Check Crd Purchase 11/19 Zap*Zappos.Com 800-927-7671 NV 473703xxxxxx2131 304322040096443 ?McC=5661 | | 76.32 | |
| 11/19 | | Bill Pay Dominion Virgini on-Line xxxxx42959 on 11-19 | | 203.03 | 1,480.21 |
| 11/20 | | Check Crd Purchase 11/18 The Tao of Wellnes Vienna VA 473703xxxxxx2131 384322831081486 ?McC=7230 | | 75.00 | |
| 11/20 | | Check Crd Purchase 11/19 Cvs/Pharmacy #0139 McLean VA 473703xxxxxx2107 164324123294850 ?McC=5912 | | 81.18 | 1,324.03 |
| 11/21 | | Bechtel National EDI Paymnt Oxa0000257666 Sabbagh, Rola A. | 171.10 | | |
| 11/21 | | ATM Withdrawal - 11/21 Mach ID 0284J 11911 Freedom Dr Reston VA 2131 0004042 | | 200.00 | |
| 11/21 | | Uva Student Bill Stu Accts 141120 xxxxx7192 Haitham Sadeq | | 201.07 | 1,094.06 |
| 11/24 | | POS Purchase - 11/23 Mach ID 000000 Uppy's #69 (#20 Dulles VA 2131 00000000656985799 ?McC=5542 | | 34.94 | |
| 11/24 | | POS Purchase - 11/23 Mach ID 000000 Foot Locker 07638 Sunrise FL 2131 00464327661669875 ?McC=5661 | | 79.50 | 979.62 |
| 11/28 | | Bechtel Group IN Corp Pymnt Usp810002477311 Sabbagh, Rola A. | 682.34 | | 1,661.96 |
| **Ending balance on 11/30** | | | | | **1,661.96** |
| **Totals** | | | **$16,437.61** | **$16,943.07** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 96 | 11/10 | 50.00 | 102 * | 11/4 | 100.00 |

\* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 11/01/2014 - 11/30/2014 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

## Monthly service fee summary *(continued)*

This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $511.93 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $2,499.61 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 36 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)   ☐

RC/RC