DEBTOR:    **Haitham Sadeq and Rola Sabbagh**          CASE NUMBER:    14-13504-RGM

# OFFICE OF THE UNITED STATES TRUSTEE
## DISTRICT OF ALEXANDRIA/DISTRICT OF COLUMBIA DIVISIONS
### MONTHLY OPERATING REPORT
### CHAPTER 11
### INDIVIDUAL DEBTORS

## Form 3
## COVER SHEET AND QUESTIONNAIRE

**For Period Ended:**  February 28th, 2015

---

### *THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH*

Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| X | ☐ | 1 Cash Flow Statement (Page 2) |
| X | ☐ | 2 Cash Reconciliation(s) and Narrative (Page 3) |
| X | ☐ | 3 Cash Receipts Detail (Page 4) |
| X | ☐ | 4 Cash Disbursements Detail (Page 5) |
| X | ☐ | 5 Receipts and Disbursements Recap Case to Date (Page 6) |
| X | ☐ | 6 **Bank Statements for All Bank Accounts** (remember to redact all but last four digits of bank account number) |

---

| QUESTIONNAIRE | Yes | No |
|---|---|---|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | X | |
| 2. Are all insurance policies current and in effect? | X | |
| 3. Have all taxes been timely filed and paid? | X | |
| 4. Did you pay all your bills on time this month? | X | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | X | |
| 6. Did you borrow money from anyone this month? | | X |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | | X |
| 8. Do you have any bank accounts open other than the DIP account? | | X |

---

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

| | | |
|---|---|---|
| **Executed on:** | 3/13/2015 | **Signature (Debtor):** *[signature]* |
| | | **Print name:** **Haitham Sadeq** |
| | | **Signature (Co-Debtor, if one):** *[signature]* |
| | | **Print name:** **Rola Sabbagh** |

**DEBTOR:**    **Haitham Sadeq and Rola Sabbagh**          CASE NUMBER:    14-13504-RGM

### CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

| | | Month Reporting: February 28th, 2015 |
|---|---|---:|
| **CASH FLOW SUMMARY (SEE NOTE A)** | | |
| **1.** | **Beginning Cash Balance** | $ 249.22 (1) |
| **2.** | **Cash Receipts** | |
| | Wages | 10,608.69 |
| | Sole Proprietorship Revenues | |
| | Draws from owned entities other than Sole Prop | 0.00 |
| | Rental Income | 3,900.00 |
| | Other    Rent from Nada Apartment | 1,850.00 |
| | Other    Gift from Relative | 4,985.00 |
| | Other    Refund - Virginia Income Tax 2010 | 9,409.73 |
| | Other    Refund - Aetna Health Spending Account | 1,139.35 |
| | Other    Refund - Aetna Health Spending Account | 40.68 |
| | Total Cash Receipts | $ 31,933.45 |
| **3.** | **Cash Disbursements** | |
| | Rent or home mortgage payment | $ 11,617.21 |
| | Utilities and Telephone Expenses | 711.03 |
| | Home maintenance (repairs/upkeep) | 46.04 |
| | Food / Groceries | 1,151.20 |
| | Insurance payments | 60.00 |
| | Installment payments (including auto) | 2,002.61 |
| | Transportation (not including car payments) | 413.00 |
| | Legal / Professional Fees / U.S. Trustee Fees | 0.00 |
| | Sole Proprietorship Expenses | |
| | Rental property expenses / repairs | |
| | Other    Education Expenses / Tuitions / Housing | 1,801.11 |
| | Other    Clothing | 0.00 |
| | Other    Healthcare/ Prescriptions / Doctors | 115.00 |
| | Other    Personal Care / Fitness | 264.99 |
| | Other    Pass Through Rent to Nada Apartement | 1,850.00 |
| | Other    Bank Service Fee | 15.00 |
| | Miscellaneous | 0.00 |
| | Total Cash Disbursements | $ 20,047.19 |
| **4.** | **Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements)** | 11,886.26 |
| **5.** | **Ending Cash Balance** | $ 12,135.48 |

#### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---:|
| Total Disbursements for the Month (from above) | 20,047.19 |
| Less: Transfers between bank accounts | |
| Add: Any amounts paid on behalf of the debtor by others | |
| **Disbursements for U.S. Trustee Fee Calculation** | **20,047.19** |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Current month beginning cash balance should equal the previous month's ending balance.*

**DEBTOR:   Haitham Sadeq and Rola Sabbagh**  Case Number: 14-13504-RGM

## BANK RECONCILIATIONS

| Month ending:          February 28th, 2015 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | Wells Fargo | | | |
| Last four digits of account | 7805 | | | |
| Purpose of Acct (Personal or Business) | Personal | | | |
| Type of account (Checking or Savings) | Checking | | | |
| **Balance per Bank Statement** | 249.22 | | | |
| **ADD**: Deposits not credited (attach list) | 31,933.45 | | | |
| **SUBTRACT**: Outstanding check (attach list) | 20,047.19 | | | |
| Other reconciling items (attach list) | | | | |
| **Month end Balance (Must agree with books)** | 12,135.48 | 0.00 | 0.00 | 0.00 |
| **TOTAL OF ALL ACCOUNTS** | | | | 12,135.48 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post petition)**

| | |
|---|---|
| - **Personally (attach list stating who, amount, when due)** | |
| - **Business (if applicable) (attach list)** | |
| **TOTAL OWED POST PETITION** | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)**

| | |
|---|---|
| - **Personally (attach list stating who, amount, when due)** | |
| - **Business (if applicable) (attach list)** | |
| **TOTAL AMOUNT OWED TO YOU** | 0.00 |

## NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

| |
|---|
| A gift of $4850 was given by a relative on February 25th (International Wire Transfer) |
| Refund of $9,409.73 from Virginia Income Tax 2010 on February 24th |
| Refund from Atena - Health Spending account $1139.35 & $40.68 |
| |

Rev. 2012-06

*(2)  Total of all accounts should equal page 2, line 5 - Ending Cash Balance.*

**DEBTOR:** Haitham Sadeq and Rola Sabbagh          **CASE NO:** 14-13504-RGM

## CASH RECEIPTS DETAIL (SEE NOTE A)

For Period: 2/1/2015 **to** 2/28/2015

*(attach additional sheets as necessary)*

### Debtor In Possession Account:

| Date | Payer | Description | Amount |
|---|---|---|---|
| 2/2/2015 | Mohammed Al Samrin | Rental Income/Chambray | 3,900.00 |
| 2/5/2015 | Beverely Meloy | Rent from Nada Apartment | 1,850.00 |
| 2/5/2015 | Bechtel Infrastructure Corp. | Salary Spouse | 1,596.19 |
| 2/10/2015 | Aetna - Health Care Spending | Health Care Spending | 1,139.35 |
| 2/17/2015 | Horizon Direct Depot | Salary | 6,800.00 |
| 2/18/2015 | Aetna - Health Care Spending | Health Care Spending | 40.68 |
| 2/19/2015 | Bechtel Infrastructure Corp. | Salary Spouse | 2,212.50 |
| 2/24/2015 | Virginia Dept. of Taxation | Refund for State Income Tax 2010 | 9,409.73 |
| 2/25/2015 | Hisham Al-Radaan | Gift | 4,985.00 |

**Total automatic credits for the month which identify source of deposit** _____

**Total Cash Receipts** $ 31,933.45 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-06
PAGE 4

**DEBTOR:** Haitham Sadeq and Rola Sabbagh      **CASE NO:** 14-13504-RGM

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period: 2/1/15 to 2/28/15

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** 

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 2/1/2015 | EFT | Bank of America | Auto Payment | 761.85 |
| 2/1/2015 | EFT | Bank-Fund Home Equity Loan | Home Mortgage | 653.33 |
| 2/1/2015 | EFT | BFSFCU Mortgage | Home Mortgage | 2,581.73 |
| 2/2/2015 | EFT | Fairfax Water | Housing:Utilities | 152.50 |
| 2/2/2015 | EFT | Salon Citi | Personal Care | 30.00 |
| 2/3/2015 | EFT | Sunoco | Automobile | 13.00 |
| 2/3/2015 | EFT | Lama Sadeq | Education:Housing | 250.00 |
| 2/4/2015 | EFT | Dominian Power | Utilities:Electricity | 344.14 |
| 2/4/2015 | EFT | Flats West | Education:Housing | 930.00 |
| 2/4/2015 | EFT | Sport & Health Club | Personal Care | 129.99 |
| 2/9/2015 | EFT | Mohammad Al-Dalli | Healthcare:Physician | 25.00 |
| 2/9/2015 | EFT | Mohammad Al-Dalli | Healthcare:Physician | 25.00 |
| 2/9/2015 | EFT | University of Virgina | Education:Tuition | 100.00 |
| 2/10/2015 | EFT | Choice Homes | Housing:Maintenance | 46.04 |
| 2/10/2015 | EFT | Costco | Food | 225.65 |
| 2/10/2015 | EFT | Cmfg Life Ins | Insurance:Life | 60.00 |
| 2/17/2015 | EFT | Lama Sadeq | Education:Housing | 250.00 |
| 2/17/2015 | EFT | BankUnited FSB | Home Mortgage | 390.24 |
| 2/17/2015 | EFT | Vision Of Beauty | Healthcare:Eyecare | 65.00 |
| 2/18/2015 | EFT | Bank of America | Auto Payment | 761.85 |
| 2/18/2015 | EFT | Salon Citi | Personal Care | 105.00 |
| 2/19/2015 | EFT | Capital One Mtg | Home Mortgage | 7,338.58 |
| 2/19/2015 | EFT | Costco | Food | 367.29 |
| 2/20/2015 | EFT | H Mart | Food | 118.32 |
| 2/20/2015 | EFT | Sanabel | Food | 130.03 |
| 2/20/2015 | EFT | Washington Gas | Housing:Utilities | 214.39 |
| 2/23/2015 | EFT | Bank-Fund Home Equity Loan | Home Mortgage | 653.33 |

| Date | | Payee | Category | Amount |
|---|---|---|---|---|
| 2/24/2015 | EFT | Flats At West Village | Education:Housing | 21.11 |
| 2/25/2015 | EFT | Wire Trans Svc | Bank Charges | 15.00 |
| 2/26/2015 | EFT | MBFS | Auto Payment | 478.91 |
| 2/26/2015 | EFT | Lama Sadeq | Education:Housing | 250.00 |
| 2/27/2015 | EFT | Evo Bistro | Food | 54.58 |
| 2/27/2015 | EFT | Giant | Food | 131.05 |
| 2/27/2015 | 110 | Nada Sabbagh | Pass Through Rent for Nada Apartment | 1,850.00 |
| 2/27/2015 | EFT | ATM | Auto & House Hold Expense | 400.00 |
| 2/27/2015 | EFT | Wal-Mart | Food | 124.28 |

**Total automatic debits for the month which identify who is paid** _____

**Total Cash Disbursements**    $    20,047.19 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

# INCOME AND DISBURSEMENTS RECAP

**Debtor:** **Haitham Sadeq and Rola Sabba** Case Number: **14-13504-RGM**

**Date Case was filed:** **September 22, 2014**

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date.
It serves as a running total of overall income, expenses and net income (or loss) for the case.

| | Year: 2014 | | | Year: 2015 | | |
|---|---|---|---|---|---|---|
| | Income | Expenses | Net Inc/ (Loss) | Income | Expenses | Net Inc/ (Loss) |
| Jan | | | - | 18,795.50 | 20,040.32 | (1,244.82) |
| Feb | | | - | 31,933.45 | 20,047.19 | 11,886.26 |
| Mar | | | - | | | - |
| Apr | | | - | | | - |
| May | | | - | | | - |
| Jun | | | - | | | - |
| Jul | | | - | | | - |
| Aug | | | - | | | - |
| Sep | 4,353.02 | 3,238.56 | 1,114.46 | | | - |
| Oct | 16,761.05 | 15,708.09 | 1,052.96 | | | - |
| Nov | 16,437.61 | 16,943.07 | (505.46) | | | - |
| Dec | 16,487.34 | 16,655.26 | (167.92) | | | - |
| TOTAL | 54,039.02 | 52,544.98 | 1,494.04 | 50,728.95 | 40,087.51 | 10,641.44 |

Rev. 2012-06
PAGE 6

# Wells Fargo Everyday Checking

Account number: ●●●●●7805 ■ February 1, 2015 - February 28, 2015 ■ Page 1 of 4



HAITHAM S SADEQ
ROLA SABBAGH
DEBTOR IN POSSESION
CH 11 CASE #14-13504 (EVA)
7121 MERRIMAC DR
MC LEAN VA 22101-3408

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY: 1-800-877-4833*
*En español: 1-877-727-2932*
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $249.22 |
| Deposits/Additions | 31,933.45 |
| Withdrawals/Subtractions | - 20,047.19 |
| **Ending balance on 2/28** | **$12,135.48** |

Account number: ●●●●●7805

**HAITHAM S SADEQ**
**ROLA SABBAGH**
**DEBTOR IN POSSESION**
**CH 11 CASE #14-13504 (EVA)**
*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ████7805  ▪ February 1, 2015 - February 28, 2015  ▪ Page 2 of 4



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 2/2 | | Edeposit IN Branch/Store 02/02/15 03:34:25 Pm 6844 Old Dominion Dr McLean VA 7805 | 3,900.00 | | |
| 2/2 | | Purchase authorized on 01/30 Salon Citi Fairfax VA S005030653701746 Card 2131 | | 30.00 | |
| 2/2 | | Bill Pay Fairfax Water on-Line xxxxxxxx81469 on 02-02 | | 152.50 | 3,966.72 |
| 2/3 | | Transfer to Sadeq Lama Ref #Ppek769Rm6 Education | | 250.00 | |
| 2/3 | | Purchase authorized on 02/03 Sunoco 0004373708 Mc Lean VA P0058503481601722 Card 2107 | | 13.00 | 3,703.72 |
| 2/4 | | Purchase authorized on 02/03 Sport&Health Club0 703-637-0563 VA S305034503798450 Card 2107 | | 129.99 | |
| 2/4 | | Bill Pay Dominion Virgini on-Line xxxxx42959 on 02-04 | | 344.14 | |
| 2/4 | | The Flats at Wes Web Pmts 020415 Scmn Haitham Sadeq | | 930.00 | 2,299.59 |
| 2/5 | | Bechtel Group IN Corp Pymnt Usp810002547938 Sabbagh, Rola A. | 1,596.19 | | |
| 2/5 | | Deposit Made In A Branch/Store | 1,850.00 | | 5,745.78 |
| 2/6 | | Bill Pay Bank of America on-Line xxxxxxxxx37118 on 02-06 | | 761.85 | |
| 2/6 | | Bill Pay Bank Fund Staff on-Line xxx40850 on 02-06 | | 2,581.73 | 2,402.20 |
| 2/9 | | Bill Pay Bank Fund Staff on-Line xxxxxx74200 on 02-09 | | 653.33 | |
| 2/9 | | Univ of Virginia Ebill Pmts 150206 2693433 Haitham Sadeq | | 100.00 | 1,648.87 |
| 2/10 | | Edeposit IN Branch/Store 02/10/15 12:18:59 Pm 6844 Old Dominion Dr McLean VA 7805 | 1,139.35 | | |
| 2/10 | | Recurring Payment authorized on 02/09 Choice Home Warran 888-5315403 NJ S305040311423043 Card 2107 | | 46.04 | |
| 2/10 | | Purchase authorized on 02/09 MA Aldalli MD Mc Lean VA S305040565312339 Card 2107 | | 25.00 | |
| 2/10 | | Purchase authorized on 02/09 MA Aldalli MD Mc Lean VA S585040566247577 Card 2107 | | 25.00 | |
| 2/10 | | Purchase authorized on 02/10 Costco Whse #0204 Fairfax VA P0038504172971692693 Card 2107 | | 225.65 | |
| 2/10 | | Cmfg Life Ins CO Life Pymt 150209 51NJ7591907 Haitham S Sadeq | | 60.00 | 2,406.53 |
| 2/17 | | Edeposit IN Branch/Store 02/17/15 04:39:44 Pm 6844 Old Dominion Dr McLean VA 7805 | 6,800.00 | | |
| 2/17 | | Transfer to Sadeq Lama Ref #Ppe8J4Rg62 Via Mobile | | 250.00 | |
| 2/17 | | Purchase authorized on 02/15 Vision of Beauty Vienna VA S385046776775694 Card 2131 | | 65.00 | |
| 2/17 | | Bill Pay Bankunited FSB on-Line xx48869 on 02-17 | | 390.24 | |
| 2/17 | | Bill Pay Bank of America on-Line xxxxxxxxx37118 on 02-17 | | 761.85 | 7,739.44 |
| 2/18 | | Mobile Deposit : Ref Number :706180711446 | 40.68 | | 7,675.12 |
| 2/18 | | Purchase authorized on 02/16 Salon Citi Fairfax VA S285047695453655 Card 2131 | | 105.00 | |
| 2/19 | | Bechtel Group IN Corp Pymnt Usp810002559741 Sabbagh, Rola A. | 2,212.50 | | |
| 2/19 | | Purchase authorized on 02/19 Costco Whse #0204 Fairfax VA P0038505065554401 Card 2107 | | 367.29 | |
| 2/19 | | Capital One Mtg Pmts 021715 0535042063 Haitham Sadeq | | 7,338.58 | 2,181.75 |
| 2/20 | | Purchase authorized on 02/19 Sanabel LLC Oakton VA S465050685050739 Card 2107 | | 130.03 | |
| 2/20 | | Bill Pay Washington Gas on-Line xxxxx10038 on 02-20 | | 214.39 | |
| 2/20 | | Purchase authorized on 02/20 H Mart Falls Churc Falls Church VA P0058505154001025 Card 2107 | | 118.32 | 1,719.01 |
| 2/23 | | Bill Pay Bank Fund Staff on-Line xxxxxx74200 on 02-23 | | 653.33 | 1,065.68 |
| 2/24 | | Edeposit IN Branch/Store 02/24/15 04:22:27 Pm 6844 Old Dominion Dr McLean VA 7805 | 9,409.73 | | |
| 2/24 | | Bill Pay The Flats at Wes on-Line xxxx-xxxxx70-001 on 02-24 | | 21.11 | 10,454.30 |
| 2/25 | | WT Fed#08814 Uae Exchange Cente /Org=Hisham R A AL Radaan Srf# 0225261004019123 Trn#150225107720 Rfb# | 4,985.00 | | |
| 2/25 | | Wire Trans Svc Charge - Sequence: 150225107720 Srf# 0225261004019123 Trn#150225107720 Rfb# | | 15.00 | 15,424.30 |
| 2/26 | | Transfer to Sadeq Lama Ref #Ppe5M6Ch7J Via Mobile | | 250.00 | |

Account number: ████████7805  ■  February 1, 2015 - February 28, 2015  ■  Page 3 of 4



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|-------------|---------------------|---------------------------|----------------------|
| 2/26 | | Bill Pay Mercedes-Benz Fi on-Line xxxxx71357 on 02-26 | | 478.91 | 14,695.39 |
| 2/27 | | Purchase authorized on 02/25 Evo Bistro Mc Lean VA S385057033859550 Card 2107 | | 54.58 | |
| 2/27 | | Purchase with Cash Back $ 100.00 authorized on 02/27 Giant 0758 McLean VA P00305058596587861 Card 2107 | | 131.05 | |
| 2/27 | | Purchase with Cash Back $ 100.00 authorized on 02/27 Wal-Mart Super Center Vienna VA P00000000047421869 Card 2107 | | 124.28 | |
| 2/27 | | Cash eWithdrawal in Branch/Store - 02/27/2015 11:45 Am 6844 Old Dominion Dr McLean VA 2107 | | 400.00 | |
| 2/27 | 110 | Check | | 1,850.00 | 12,135.48 |
| **Ending balance on 2/28** | | | | | **12,135.48** |
| **Totals** | | | **$31,933.45** | **$20,047.19** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|--------|------|--------|
| 110 | 2/27 | 1,850.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 02/01/2015 - 02/28/2015 | Standard monthly service fee $10.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $1,500.00 | $249.22 | ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $3,808.69 | ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 15 | ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)  ☐

RC/RC



# IMPORTANT ACCOUNT INFORMATION

The following information is provided to help clarify an existing fee waiver associated with Overdraft fees. The benefit has not changed. At the end of our nightly processing, if both your ending daily account balance and your available balance are overdrawn by $5 or less, any overdraft fee(s) will be waived. This fee waiver is associated with your total overdrawn balance, not the dollar size of the transaction(s) contributing to the overdrawn balance.

Account number: ███████7805  ■  February 1, 2015 - February 28, 2015  ■  Page 4 of 4



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.  $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.   = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

- $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.   = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801        Member FDIC.

Reconciliation Report

Wells Fargo Checking 7805
3/18/2015

## Reconciliation Summary

**BANK STATEMENT -- CLEARED TRANSACTIONS:**

| | | | |
|---|---|---|---|
| Previous Balance: | | | 249.22 |
| Checks and Payments | 36 | Items | -20,047.19 |
| Deposits and Other Credits | 9 | Items | 31,933.45 |
| Service Charge | 0 | Items | 0.00 |
| Interest Earned | 0 | Items | 0.00 |
| Ending Balance of Bank Statement: | | | 12,135.48 |

**YOUR RECORDS -- UNCLEARED TRANSACTIONS:**

| | | | |
|---|---|---|---|
| Cleared Balance: | | | 12,135.48 |
| Checks and Payments | 0 | Items | 0.00 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Balance as of 2/28/2015: | | | 12,135.48 |
| Checks and Payments | 51 | Items | -34,416.15 |
| Deposits and Other Credits | 12 | Items | 16,282.11 |
| Register Ending Balance: | | | -5,998.56 |

# Reconciliation Report

Wells Fargo Checking 7805
3/18/2015

## Cleared Transaction Detail

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

**Cleared Checks and Payments**

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 2/1/2015 | Sched | Bank of America | Account No. 630100256... | [BOA Range Rover2011] | R | -761.85 |
| 2/1/2015 | | Bank-Fund Home Equity L... | Principal | [BFSFCU Home Equity] | R | -653.33 |
| 2/1/2015 | Sched | BFSFCU Mortgage | xxx40850 ON 02-06 | [BFSFCU Mortgage] | R | -2,581.73 |
| 2/2/2015 | Print | Fairfax Water | xxxxxxxx81469 ON 02-02 | Housing:Utilities | R | -152.50 |
| 2/2/2015 | | Salon Citi | PURCHASE 01/30 FAIR... | Personal Care:Hair Care | R | -30.00 |
| 2/3/2015 | | Sunoco | PURCHASE 02/03 MC L... | Automobile:Gasoline | R | -13.00 |
| 2/3/2015 | TXFR | Lama Sadeq | TRANSFER REF #PPEK... | Education:Housing | R | -250.00 |
| 2/4/2015 | | Dominian Power | ON-LINE xxxxx42959 O... | Utilities:Electricity | R | -344.14 |
| 2/4/2015 | | Flats West | WEB PMTS 020415 SC... | Education:Housing | R | -930.00 |
| 2/4/2015 | | Sport & Health Club | PURCHASE 02/03 703-... | Leisure:Entertaining | R | -129.99 |
| 2/9/2015 | | Mohammad Al-Dalli | for service on 8/27/13 | Healthcare:Physician | R | -25.00 |
| 2/9/2015 | | Mohammad Al-Dalli | for service on 10/29/14 | Healthcare:Physician | R | -25.00 |
| 2/9/2015 | | University of Virgina | EBILL PMTS 150206 26... | Education:Tuition | R | -100.00 |
| 2/10/2015 | | Choice Homes | RECURRING PAYMENT... | Housing:Maintenance | R | -46.04 |
| 2/10/2015 | | Costco | PURCHASE 02/10 FAIR... | Food | R | -225.65 |
| 2/10/2015 | | Cmfg Life Ins | LIFE PYMT 150209 51N... | Insurance:Life | R | -60.00 |
| 2/17/2015 | TXFR | Lama Sadeq | TRANSFER REF #PPE8... | Education:Housing | R | -250.00 |
| 2/17/2015 | | BankUnited FSB | xx48869 ON 02-17 | [Bank United] | R | -390.24 |
| 2/17/2015 | | Vision Of Beauty | PURCHASE 02/15 VIEN... | Healthcare:Eyecare | R | -65.00 |
| 2/18/2015 | Sched | Bank of America | Account No. 630100256... | [BOA Range Rover2011] | R | -761.85 |
| 2/18/2015 | | Salon Citi | PURCHASE 02/16 FAIR... | Personal Care:Hair Care | R | -105.00 |
| 2/19/2015 | Sched | Capital One Mtg | N/A | [Chevy Chase FSB Mo... | R | -7,338.58 |
| 2/19/2015 | | Costco | PURCHASE 02/19 FAIR... | Food | R | -367.29 |
| 2/20/2015 | | H Mart | PURCHASE 02/20 FALL... | Food | R | -118.32 |
| 2/20/2015 | | Sanabel | PURCHASE 02/19 OAK... | Food | R | -130.03 |
| 2/20/2015 | | Washington Gas | xxxxx10038 ON 02-20 | Housing:Utilities | R | -214.39 |
| 2/23/2015 | | Bank-Fund Home Equity L... | Principal | [BFSFCU Home Equity] | R | -653.33 |
| 2/24/2015 | | Flats At West Village | ON-LINE xxxx-xxxxx70-0... | Education:Housing | R | -21.11 |
| 2/25/2015 | | Wire Trans Svc | CHARGE - SEQUENCE:... | Bank Charges | R | -15.00 |
| 2/26/2015 | Sched | MBFS | | [MBFS] | R | -478.91 |
| 2/26/2015 | TXFR | Lama Sadeq | TRANSFER REF #PPE5... | Education:Housing | R | -250.00 |
| 2/27/2015 | | Evo Bistro | PURCHASE 02/25 MC L... | Food | R | -54.58 |
| 2/27/2015 | | Giant | PURCHASE WITH CAS... | Food | R | -131.05 |
| 2/27/2015 | | ATM | Branch/Store - 02/27/20... | House Hold Expense | R | -400.00 |
| 2/27/2015 | | Wal-Mart | PURCHASE WITH CAS... | Food | R | -124.28 |
| 2/27/2015 | 110 | Nada Sabbagh | 1323739   CUST. CHEC... | [Nada Sabbagh] | R | -1,850.00 |

| | | Total Cleared Checks and Payments | | 36 | Items | -20,047.19 |
|---|---|---|---|---|---|---|

**Cleared Deposits and Other Credits**

| Date | Payee | Memo | Category | Clr | Amount |
|------|-------|------|----------|-----|--------|
| 2/3/2015 | Mohammed Al Samrin | 02/02/15 03:34:25 PM 6... | Rental Income/Chambr... | R | 3,900.00 |
| 2/5/2015 | Bechtel Infrastructure Corp. | | Salary Spouse | R | 1,596.19 |
| 2/5/2015 | Beverly Melloy | | [Nada Sabbagh] | R | 1,850.00 |
| 2/10/2015 | Aetna | 02/10/15 12:18:59 PM 6... | Spending Account:Hea... | R | 1,139.35 |
| 2/17/2015 | Horizon Direct Depot | | Wages & Salary:Gross... | R | 6,800.00 |
| 2/18/2015 | Aetna | :706180711446 | Spending Account:Hea... | R | 40.68 |
| 2/20/2015 | Bechtel Infrastructure Corp. | | Salary Spouse | R | 2,212.50 |
| 2/24/2015 | Virginia Department of Tax... | Tax Refund for 2010 for ... | Other Income:State & ... | R | 9,409.73 |
| 2/25/2015 | Hisham Radan | /ORG=HISHAM R A AL ... | [Hisham Al Radaan] | R | 4,985.00 |

| | Total Cleared Deposits and Other Credits | | 9 | Items | 31,933.45 |
|---|---|---|---|---|---|

| | Total Cleared Transactions | | 45 | Items | 11,886.26 |
|---|---|---|---|---|---|

Reconciliation Report

Wells Fargo Checking 7805

3/18/2015

Page 3

## Cleared Transaction Detail

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

Reconciliation Report

Wells Fargo Checking 7805                                                                          Page 4
3/18/2015

## Uncleared Transaction Detail up to 2/28/2015

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

Uncleared Checks and Payments

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Uncleared Checks and Payments | | | | 0   Items | | 0.00 |

Uncleared Deposits and Other Credits

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Uncleared Deposits and Other Credits | | | | 0   Items | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Uncleared Transactions | | | | 0   Items | | 0.00 |

Reconciliation Report

Wells Fargo Checking 7805                                                                 Page 5
3/18/2015

## Uncleared Transaction Detail after 2/28/2015

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

### Uncleared Checks and Payments

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 3/1/2015 | | Bank-Fund Home Equity L... | Principal | [BFSFCU Home Equity] | c | -686.00 |
| 3/1/2015 | Sched | BFSFCU Mortgage | | [BFSFCU Mortgage] | | -2,624.50 |
| 3/1/2015 | Sched | Bank of America | Account No. 630100256... | [BOA Range Rover2011] | c | -761.65 |
| 3/1/2015 | Sched | MBFS | | [MBFS] | | -486.75 |
| 3/2/2015 | Sched | BankUnited FSB | N/A | [Bank United] | | -403.13 |
| 3/2/2015 | | Svc Protection Adv | PURCHASE 02/28 800-... | Housing:Maintenance | c | -25.34 |
| 3/2/2015 | | Dominian Power | ON-LINE xxxxx42959 O... | Utilities:Electricity | c | -407.34 |
| 3/2/2015 | | Flats Wes Web | WEB PMTS 030215 DY... | Education:Housing | c | -21.11 |
| 3/2/2015 | | Starbucks | PURCHASE 02/28 McLe... | Food:Groceries | c | -30.00 |
| 3/3/2015 | | Sport & Health Club | PURCHASE 03/02 703-... | Leisure:Entertaining | c | -129.99 |
| 3/3/2015 | | Bank Fund Staff | xxx40850 ON 03-03 | | c | -2,581.73 |
| 3/3/2015 | | Flats Wes Web | WEB PMTS 030315 X6P... | Education:Housing | c | -885.00 |
| 3/3/2015 | | BankUnited FSB | xx48869 ON 03-03 | [Bank United] | c | -390.24 |
| 3/3/2015 | 109 | Check | 1323739   CUST. CHEC... | Cavalier Construction:... | c | -165.00 |
| 3/4/2015 | | Bank Fund Staff | xxx40850 ON 03-03 | | c | -42.77 |
| 3/4/2015 | | Laz Parking 120403 | PURCHASE 03/02 MCL... | Automobile:Gasoline | c | -1.00 |
| 3/4/2015 | | Washington Gas | xxxxx10038 ON 03-04 | Housing:Utilities | c | -209.04 |
| 3/5/2015 | Sched | Capital One Mtg | N/A | [Chevy Chase FSB Mo... | c | -7,338.58 |
| 3/5/2015 | | Laz Parking 120403 | PURCHASE 03/03 MCL... | Automobile:Gasoline | c | -1.00 |
| 3/6/2015 | | Tranvision Pc | PURCHASE 03/04 ARLI... | | c | -65.00 |
| 3/9/2015 | | H Mart | PURCHASE 03/08 FAIR... | Food | c | -64.34 |
| 3/9/2015 | | Sanabel | PURCHASE 03/08 OAK... | Food:Groceries | c | -117.96 |
| 3/9/2015 | | American Eagle Outfitters | PURCHASE 03/07 McLe... | Clothing | c | -164.09 |
| 3/9/2015 | | Costco | PURCHASE 03/08 FAIR... | Food | c | -294.42 |
| 3/9/2015 | | Giant | PURCHASE 03/09 MCL... | Food | c | -13.40 |
| 3/9/2015 | | Tao Wellnes | PURCHASE 03/06 VIEN... | Healthcare | c | -370.00 |
| 3/9/2015 | | Sweet Leaf | PURCHASE 03/07 VIEN... | | c | -21.23 |
| 3/9/2015 | | Cvs | PURCHASE 03/07 VIEN... | Healthcare:Prescriptions | c | -15.35 |
| 3/9/2015 | | Vision Of Beauty | PURCHASE 03/07 VIEN... | Healthcare:Eyecare | c | -55.00 |
| 3/10/2015 | | Cmfg Life Ins | LIFE PYMT 150309 51N... | Insurance:Life | | -60.00 |
| 3/10/2015 | | Choice Homes | RECURRING PAYMENT... | Housing:Maintenance | c | -46.04 |
| 3/12/2015 | 111 | Check | 1323739   CUST. CHEC... | Cavalier Construction:... | c | -1,400.00 |
| 3/13/2015 | | BankUnited FSB | xx48869 ON 03-13 | [Bank United] | c | -25.78 |
| 3/13/2015 | TXFR | Sadeq Lama Transfer | TRANSFER REF #PPE... | | c | -250.00 |
| 3/13/2015 | | Salon Citi | PURCHASE 03/11 FAIR... | Personal Care:Hair Care | c | -65.00 |
| 3/15/2015 | | GE SERVICE CONTRACT... | GE SERVICE CONTRA... | Housing:Maintenance/... | | -25.34 |
| 3/15/2015 | | Bank-Fund Home Equity L... | Principal | [BFSFCU Home Equity] | | -653.33 |
| 3/16/2015 | | Chase | PURCHASE 03/13 CHE... | [Bank-Fund Staff Credi... | c | -347.68 |
| 3/16/2015 | | Cvs | PURCHASE 03/14 MCL... | Healthcare:Prescriptions | c | -28.67 |
| 3/16/2015 | | Harris Teeter | PURCHASE 03/16 McLe... | Food | c | -35.86 |
| 3/16/2015 | | Cvs | PURCHASE 03/14 MCL... | Healthcare:Prescriptions | | -69.12 |
| 3/16/2015 | | Wildfire | PURCHASE 03/12 MCL... | Food:Dining Out | | -107.78 |
| 3/16/2015 | | Chase | PURCHASE 03/13 CHE... | [Bank-Fund Staff Credi... | c | -627.00 |
| 3/16/2015 | | Sweetgreen Mcl Va | PURCHASE 03/13 202-... | | | -9.91 |
| 3/28/2015 | Sched | MBFS | | [MBFS] | | -486.75 |
| 3/28/2015 | | Bank-Fund Home Equity L... | Principal | [BFSFCU Home Equity] | | -653.33 |
| 4/1/2015 | Sched | BFSFCU Mortgage | | [BFSFCU Mortgage] | | -2,624.50 |
| 4/1/2015 | Sched | Bank of America | Account No. 630100256... | [BOA Range Rover2011] | | -761.65 |
| 4/2/2015 | Sched | BankUnited FSB | N/A | [Bank United] | | -403.13 |
| 4/5/2015 | Sched | Capital One Mtg | N/A | [Chevy Chase FSB Mo... | | -7,338.58 |
| 4/15/2015 | | GE SERVICE CONTRACT... | GE SERVICE CONTRA... | Housing:Maintenance/... | | -25.34 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Uncleared Checks and Payments | | | | 51   Items | | -34,416.15 |

### Uncleared Deposits and Other Credits

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 3/2/2015 | | Aetna | :706180711446 | Spending Account:Hea... | c | 126.39 |
| 3/2/2015 | | Aetna | :706180711446 | Spending Account:Hea... | c | 65.06 |

Reconciliation Report

Wells Fargo Checking 7805                                                                                    Page 6
3/18/2015

## Uncleared Transaction Detail after 2/28/2015

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 3/2/2015 | | Virginia Department of Tax... | Tax Refund for 2011 for ... | Other Income:State & ... | c | 188.00 |
| 3/3/2015 | | Mohammed Al Samrin | 03/02/15 01:58:30 PM 6... | Rental Income/Chambr... | c | 3,780.00 |
| 3/5/2015 | | Bechtel Infrastructure Corp. | CORP PYMNT USP810... | Wages & Salary:Gross... | c | 1,596.18 |
| 3/6/2015 | | Bechtel Infrastructure Corp. | | Salary Spouse | | 1,646.17 |
| 3/6/2015 | | Deposit Made In | | | c | 1,400.00 |
| 3/9/2015 | | Aetna | | Spending Account:Hea... | | 83.50 |
| 3/9/2015 | | Aetna | | Spending Account:Hea... | | 204.47 |
| 3/20/2015 | | Bechtel Infrastructure Corp. | | Salary Spouse | | 1,646.17 |
| 4/3/2015 | | Bechtel Infrastructure Corp. | | Salary Spouse | | 1,646.17 |
| 4/3/2015 | | Mohammed Al Samrin | | Rental Income/Chambr... | | 3,900.00 |

Total Uncleared Deposits and Other Credits                    12    Items                        16,282.11


Total Uncleared Transactions                                  63    Items                       -18,134.04