**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **In the Matter of:** : | |
| : | |
| : | **Chapter 11** |
| **HAITHAM SADEQ, and** : | |
| **ROLA SABBAGH,** : | Case No. 14-13504-RGM |
| : | |
| **Debtors.** : | |

## ORDER

THIS MATTER having come before the Court on the Motion for Relief From Automatic Stay ("Motion for Relief") filed by Hafizullah Shir Mohd Khan ("Khan") and Fatah Mohammad Nida ("Nida") and the opposition to the Motion for Relief filed by the Debtor Rola Sabbagh ("Sabbagh"),

AND IT APPEARING that good cause does not exist to grant the Motion for Relief, then, for the reasons stated by the bench at hearing on this matter, it is hereby

ORDERED, that the Motion for Relief be, and the same hereby is, denied.

Date: _May 4 2015_____, 2015

/s/ Robert G. Mayer
_____
**Hon. Robert G. Mayer
United States Bankruptcy Judge**

EOD 5/6/2015 sas

1

**I Ask For This:**

  /s/ Kevin M. O'Donnell
Kevin M. O'Donnell
HENRY & O'DONNELL, P.C.
300 N. Washington Street
Suite 204
Alexandria, VA 22314
(703) 548-2100 *telephone*
(703) 548-2105 *facsimile*
kmo@henrylaw.com
Counsel to Rola Sabbagh


**Seen:**

  /s/ Nathan D. Baney
Nathan D. Baney
Surovell, Isaacs, Petersen, & Levy PLC
4010 University Dr., 2nd Floor
Fairfax, VA 22030
Counsel to Hafizullah Shir Mohd Khan and Fatah Mohammad Nida


  /s/ Bennett Brown
Bennett Brown
3905 Railroad Avenue
Suite 200N
Fairfax, VA 22030
Counsel to Haitham Sadeq